**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DWIGHT ALEXANDER                                                                          PLAINTIFF

v.                                        **Case No. 4:13CV00084 KGB**

CITY OF LITTLE ROCK, ARKANSAS;
FLETCHER SMITH; GREG MASSANELLI[1]                                          DEFENDANTS

<u>**ORDER OF DISMISSAL**</u>

Two motions are currently pending before the Court.  First, plaintiff Dwight Alexander

has submitted an application to proceed *in forma pauperis* (Dkt. No. 1).  Second, defendants City

of Little Rock, Fletcher Smith, and Greg Messeny, who should be identified in this action as

Greg Massanelli, have moved to dismiss Mr. Alexander's complaint (Dkt. No. 4), and Mr.

Alexander has responded (Dkt. No. 6).

In response to the motion to dismiss, Mr. Alexander states many things, including the

following:   "Wherefore the plaintiff, with the court's indulgence the plaintiff will acquiesce to

the defendant's [sic] motion to dismiss and end the complaint here" (Dkt. No. 6, at 3).  Based on

this statement, the Court understands that Mr. Alexander acquiesces to defendants' motion to

dismiss and wishes to have his complaint against defendants dismissed.

Therefore, the motion to dismiss is granted (Dkt. No. 4), and Mr. Alexander's application

to proceed *in forma pauperis* is moot (Dkt. No. 1).  This case is dismissed without prejudice.

Judgment will be entered accordingly.

---

[1]   Based on the parties' pleadings (Dkt. No. 4, at 1 n.1; Dkt. No. 6), the Clerk of Court is directed to change the
name of defendant Greg Messeny to Greg Massanelli.

SO ORDERED this the 13th day of May, 2013.

Kristine G. Baker
United States District Judge