IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DWIGHT ALEXANDER**                                                                   **PLAINTIFF**

**v.**                  **Case No. 4:13CV00084 KGB**

**CITY OF LITTLE ROCK, ARKANSAS;**
**FLETCHER SMITH; GREG MASSANELLI**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ORDERED this the 13th day of May, 2013.

_____
Kristine G. Baker
United States District Judge